NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| J.P.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Santacruz Jr., *et al.*,<br><br>　　　　Respondents. | Case No. 8:25-cv-01640-FWS-JC<br><br>Hon. Fred W. Slaughter, Courtroom 10D<br><br>**ORDER RE JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE [23]** |

Having reviewed and considered the Joint Stipulation to Modify Briefing Schedule [23] ("Stipulation"), between Petitioner J.P. and Respondents, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

- The deadline for Respondents to file a response to "Petitioner's Response to Order to Show Cause," (Dkt. 21 ("Brief")), is **EXTENDED** to **September 19, 2025**.

///

- The deadline for Petitioner to file a reply in support of the Brief is **EXTENDED** to **October 3, 2025**.

**IT IS SO ORDERED**.

Dated:  September 8, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE